### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CHEIKOU DRAME** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | **NO.  26-5226** |
| | : | |
| **J.L. JAMISON,** *et al.* | : | |

## ORDER

**AND NOW**, this 31ˢᵗ day of July 2026, upon considering the respondents' certification of compliance (DI 7) of our July 30, 2026 order (DI 6), it is **ORDERED** the Clerk of Court shall **close** this case.

_____
MURPHY, J.